03cv17000zbx-ord(DWOPDeadlines).wpd

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **IN RE: WELDING FUME PRODUCTS** : | |
| **LIABILITY LITIGATION** : | **Case No. 1:03-CV-17000** |
| : | **(MDL Docket No. 1535)** |
| : | |
| : | **JUDGE O'MALLEY** |
| : | |
| : | **MEMORANDUM AND ORDER** |

There are currently a number of plaintiffs who have not adhered to certain case management requirements that this Court has imposed on all *Welding Fume* cases. As the Court explained in its Order on the master docket dated March 25, 2011, these requirements apply equally to all cases, whether the plaintiff is represented by counsel or is proceeding *pro se*.

Accordingly, the Court makes clear that the following plaintiffs must file the required documents listed within the deadlines set out below.[1] If the plaintiff fails to file the required documents by the applicable deadlines, his case will be dismissed for want of prosecution. Plaintiff's Liaison Counsel[2] will: (1) attempt to ensure this information is received by the plaintiffs listed below; and (2) assist any *pro se* plaintiff who seeks explanation.

The Court **ORDERS** the clerk of courts to docket this Order on the master docket and also on each individual case docket.

---

[1] The deadlines listed are simply the next ones required. The Court may later issue other Orders requiring each plaintiff to meet other necessary deadlines.

[2] Plaintiff's Liaison Counsel, Lisa Gorshe, may be reached at 877-621-1228, or 216-621-8484.

| Plaintiff | Case Number | Documents to be Filed | Deadline |
|---|---|---|---|
| McKeithen | 05-CV-17672 | Plaintiff Fact Sheet, Notice of Diagnosis, and Notice of Compliance with Medical Records Collection.  In addition, must provide appropriate medical provider authorizations to Plaintiff's Liaison Counsel. | June 1, 2011 |
| Hall | 03-CV-17260 | Plaintiff Fact Sheet, Notice of Diagnosis, and Notice of Compliance with Medical Records Collection.  In addition, must provide appropriate medical provider authorizations to Plaintiff's Liaison Counsel. | June 1, 2011 |
| Bullard | 05-CV-19304 | Plaintiff Fact Sheet, Notice of Diagnosis, and Notice of Compliance with Medical Records Collection.  In addition, must provide appropriate medical provider authorizations to Plaintiff's Liaison Counsel. | June 1, 2011 |
| Williams | 06-CV-17872 | Notice of Diagnosis, and Notice of Compliance with Medical Records Collection.  In addition, must provide appropriate medical provider authorizations to Plaintiff's Liaison Counsel. | June 1, 2011 |
| McAlister | 05-CV-18892 | Notice of Compliance with Medical Records Collection.  In addition, must provide appropriate medical provider authorizations to Plaintiff's Liaison Counsel. | June 1, 2011 |
| Jankans | 06-CV-17268 | Notice of Compliance with Medical Records Collection.  In addition, must provide appropriate medical provider authorizations to Plaintiff's Liaison Counsel. | June 1, 2011 |
| Walsh | 06-CV-17286 | Notice of Compliance with Medical Records Collection.  In addition, must provide appropriate medical provider authorizations to Plaintiff's Liaison Counsel. | June 1, 2011 |
| Brigham | 08-WF-17651 | Notice of Certification of intent to try the case. | June 1, 2011 |
| Carrington | 08-WF-17633 | Notice of Certification of intent to try the case. | June 1, 2011 |
| Casillas | 05-CV-18010 | Expert Medical Report linking plaintiff's neurological injury to his welding fume exposure. | August 15, 2011 |

**IT IS SO ORDERED.**

/s/ Kathleen M. O'Malley
**KATHLEEN McDONALD O'MALLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED**: May 4, 2011